JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA MOLINA,<br><br>    Plaintiff,<br><br>  vs.<br><br>AMERICAN CREDIT ACCEPTANCE, LLC, PAR, INC., and CITY RECOVERY AGENCY, INC.,<br><br>    Defendants. | Case No. 2:23-cv-1532-SB-RAO<br><br>**ORDER DISMISSING CASE** |

The parties in this action filed a stipulation to stay this matter pending arbitration. Dkt. No. 18. Because the Court may stay or dismiss an action when all claims are subject to arbitration and the parties intend "to arbitrate this matter before JAMS," the action is hereby DISMISSED without prejudice. *See Johnmohammadi v. Bloomingdale's, Inc.*, 755 F.3d 1072, 1074 (9th Cir. 2014) (noting that a district court may stay or dismiss an action when all claims are subject to arbitration).

Dated: April 26, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge