UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA MOLINA,<br><br>            Plaintiff,<br><br>   v.<br><br>AMERICAN CREDIT ACCEPTANCE, LLC et al.,<br><br>            Defendants. | Case No. 2:23-cv-01532-SB-RAO<br><br><br>ORDER TO SHOW CAUSE RE SANCTIONS |

  After Defendants moved to compel arbitration, the parties stipulated to arbitration, and the Court ordered arbitration and dismissed this case.  Dkt. No. 19. Plaintiff then moved ex parte to reopen the case, alleging that Defendants failed to pay the requisite arbitration fees, resulting in dismissal of the arbitration.  Dkt. No. 20.  The Court set a status conference for December 19, 2023, ordered the parties to meet and confer no later than December 13, 2023, and ordered the parties to submit a joint status report no later than December 15, 2023.  Dkt. No. 22.  The Court warned the parties that failure to comply "may result in sanctions against the offending party and that party's counsel."  *Id.*  Despite the warning, the parties failed to meet either deadline, through what appears to be no fault of Plaintiff's counsel.  Defense counsel indicated that she was available to meet and confer on December 18, but Plaintiff's counsel was again unable to reach her.  Defense counsel then failed to appear at the December 19 status conference.

  Accordingly, Defendants are ordered to show cause at an in-person hearing on January 12, 2024, at 8:30 a.m. why they and their counsel should not be subject to sanctions, including monetary sanctions, under Federal Rule of Civil Procedure 16(f), 28 U.S.C. § 1927, and/or the Court's inherent authority, for failing as ordered to (1) meet and confer, (2) participate in the filing of a joint status report, and (3) appear at the status conference.  Defendants shall file a written response to

this order to show cause (OSC), including a declaration from counsel, no later than 9:00 a.m. on December 29, 2023. In the written response to the OSC, counsel shall state whether she has ever been sanctioned by any court or agency or been the subject of an OSC for failing to follow any court rule or order. Defendants shall also meet and confer with Plaintiff's counsel to attempt to reach agreement on the amount of Plaintiff's counsel's costs and fees for attending the status conference. Counsel shall include the results of these discussions in the written OSC response and indicate whether Defendants have already reimbursed Plaintiff's counsel for those costs and fees.

Date: December 19, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge